UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| COLIN KALOMIRIS,<br>    *Plaintiff* | §<br>§<br>§ |
| v. | §<br>§ |
| SENTRY RECOVERY AND COLLECTIONS, INC., WESTLAND SA 1 LLC, AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br>    *Defendants* | §   Case No. 1:23-CV-01145-DII<br>§<br>§<br>§<br>§<br>§<br>§ |

# O R D E R

Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **March 11, 2024**.

**SIGNED** on February 26, 2024.

                                                        SUSAN HIGHTOWER
                                                      UNITED STATES MAGISTRATE JUDGE